United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 14, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-21280

_____

UNITED MEDIA CORP.,

Plaintiff -Counter Defendant - Appellee,

versus

INTELLISOURCE GROUP INC., formerly known as OSG Inc.;
INTELLISOURCE INC.,

Defendants -Counter Claimants- Appellants.

_____

Appeal from the United States District Court
For the Southern District of Texas
(No. H-99-1969)

_____

Before SMITH, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Defendants-Appellants appeal the judgment reached after a three-day bench trial

that they breached the Memorandum of Understanding signed with Plaintiff-Appellee,

and that Plaintiff-Appellee was entitled to $2,120,999.42. Essentially for the reasons stated

_____

[*] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should
not be published and is not precedent except under the limited circumstances set forth
in 5th Cir. R. 47.5.4.

by the magistrate judge in her memorandum opinion of October 3, 2002, we AFFIRM.